# United States Court of Appeals
## For the First Circuit

No. 01-2056

JAMES LATTIMORE,

Petitioner, Appellee,

v.

LARRY DUBOIS,

Respondent, Appellant.

ERRATA SHEET

The opinion of this Court issued on November 14, 2002, is amended as follows:

P. 3, line 2 from end of page:  Change "724" to "723".
P. 8, line 1:  Change "discreet" to "discrete".
P. 9, line 2 of quote: Insert "the" before "deliberated".
P. 9, line 1 of text: Change "427-28" to "728".
P. 12, line 8:  Change "2441" to "2444".
P. 13, line 4 from end of page: Change "2d," to "2d".
P. 15, n.5:  delete last sentence.
P. 20, n.7:  line 4 from end:  Change "466 U.S. at 694 and Strickland" to "466 U.S. 668, 694 (1983) and Strickler".
P. 23, n.10:  delete "," after "initiative".